UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

R# 294801

IN RE:
ANGELICA ALYSON ZUNIGA

CASE NO. 11-13869-BKC-AJC

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

APR 17 2012

FILED _____ RECEIVED _____

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 1,500.00 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

   Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

   WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: APR 16 2012

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

ANGELICA ALYSON ZUNIGA
3570 W 80 ST
#202
HIALEAH, FL 33018

RICHARD ADAMS, ESQ.
ADAMS & ASSOCIATES, PA
1165 W 49 ST, SUITE 107
HIALEAH, FL 33012

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                   CASE NO.   11-13869-BKC-AJC
ANGELICA ALYSON ZUNIGA


                              CHAPTER 13


ANGELICA ALYSON ZUNIGA         ---------$       1,500.00

3570 W 80 ST
#202
HIALEAH, FL 33018

RICHARD ADAMS, ESQ.
ADAMS & ASSOCIATES, PA
1165 W 49 ST, SUITE 107
HIALEAH, FL 33012

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130